```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
     v.                     )          2:23cr124-MHT
                            )              (WO)
APRIL MICHELLE NESBITT      )
```

## SUPPLEMENTAL ORDER ON
## TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 60 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant April Michelle Nesbitt to receive a thorough psychological evaluation to determine whether she has any psychological disorders and to assess whether she would benefit from therapy/counseling to assist her in adjusting to life outside of prison and with dealing with stress without resort to substance abuse or other criminal conduct. If recommended, the probation office shall arrange for her to receive such treatment.

(2) The United States Probation Office shall ensure that any mental-health practitioner treating or evaluating defendant Nesbitt receives, prior to meeting with defendant Nesbitt, a copy of the presentence investigation report (Doc. 45).

DONE, this the 12th day of February, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE